UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

EDWARD JULIAN, ) CASE NO.1:02CV218
)
    Plaintiff, ) JUDGE CHRISTOPHER A. BOYKO
)
vs. )
)
UNITED STATES OF AMERICA ) ORDER
)
    Defendant. )

CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Petitioner Edward Julian's Motion to Vacate Judgment (ECF Dkt#29). Because the arguments in Plaintiff's Motion were previously addressed in this Court's denial of his prior Motion to Vacate, and because Plaintiff offers no new evidence, the Court denies Plaintiff's Motion for the reasons stated in its prior Opinion and Order dated October 15, 2003.

IT IS SO ORDERED.

FILED
DEC 0  2006
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge